UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONYA O. VICTOR | CIVIL ACTION |
| VERSUS | NO. 21-484 |
| WARDEN FREDERICK M. BOUTTE | SECTION: "I"(3) |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motion for a stay, Rec. Doc. 21, is **DENIED** and that her application for federal habeas corpus relief is **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 21st day of January, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE